UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

EX PARTE APPLICATION OF MARIA CLAUDIA BELDI, MARIA INES BELDI, AND ANTONIO FABIO BELDI TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782

24-MC-421 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

WHEREAS Antonio Roberto Beldi, Marco Antonio Beldi, Maria Theresa Beldi de Souza, Thais Barros Beldi, Agro Pecuária Beldi Ltda., Brookline Investments Ltd., Calas Participações Ltda., Credibel Corretora de Seguros S.A., Credibel Holding Financeira S.A., CSM Cartões de Segurança Ltda., Ficus Empreendimentos Imobiliários Ltda., Morus Educacional Participações S.A., Morus Empreendimentos Imobiliários Ltda., Santana Participações Ltda., Sapoti Empreendimentos Imobiliários S.A., Selte Serviços Elétricos Telefônicos Ltda., Splice do Brasil - Telecomunicações e Eletrônica S.A., and Tolvi Participações S.A. (collectively, "Intervenors") filed a Motion to Intervene and Stay (Dkt. 6–7) on October 21, 2024.

IT IS HEREBY ORDERED that Intervenors' Motion to Intervene is GRANTED. Intervenors shall have until **November 6, 2024**, to file their motion to vacate the Court's grant of the Section 1782 application and to quash the subpoenas issued pursuant to it. Any response to such motion is due no later than **November 20, 2024**; any reply is due no later than **November 27, 2024**.

IT IS FURTHER ORDERED that the motion to stay is GRANTED IN PART. The Court stays the obligation of any entity on whom a subpoena has been served to produce materials in

1

response to such a subpoena, pending further action of this Court. Applicants may, however, coordinate with the subpoenaed entities to ensure that responsive materials are gathered and retained, such that they may be produced promptly if the Court declines to quash the subpoenas. If Applicants receive discovery responsive to the subpoenas served in this proceeding, Applicants shall make no use of that discovery and take no action with respect to that discovery, but instead shall alert the Court, via a filing on the public docket of this case, to the fact of Applicants' receipt of such discovery. The Court further orders Applicants forthwith to serve a copy of this order upon all entities upon which a subpoena has been served.

**SO ORDERED.**

Date:  October 23, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**