**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
IN RE:

EX PARTE APPLICATION OF                        **ORDER SCHEDULING CONFERENCE**
MARIA CLAUDIA BELDI, MARIA INES                    24-mc-00421 (VEC) (VF)
BELDI AND ANTONIO FABIO BELDI
TO TAKE DISCOVERY FOR USE IN A
FOREIGN PROCEEDING UNDER
28 U.S.C. § 1782
-------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

On March 31, 2025, this case was referred to the undersigned for a report and

recommendation on the motion to vacate and quash. See ECF No. 44. A conference to discuss

the issues raised in the pending motion (ECF No. 9) is hereby scheduled for **Friday, October 3,**

**2025, at 11:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York,

New York.

**SO ORDERED.**

DATED:      New York, New York
            September 17, 2025

VALERIE FIGUEREDO
United States Magistrate Judge