

October 10, 2025

<u>VIA ECF</u>

Hon. Valerie Figueredo
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *In re Ex Parte Application of Maria Claudia Beldi, Maria Ines Beldi, and Antônio Fabio Beldi to Take Discovery for Use in a Foreign Proceeding*,
     Case No. 24-mc-00421-VEC-VF

Dear Judge Figueredo:

  My firm represents Applicants Maria Claudia Beldi, Maria Ines Beldi, and Antônio Fabio Beldi ("Applicants") in the above-captioned matter. At a conference held before Your Honor this past Friday, October 3, 2025, the parties discussed with the Court a forensic accounting report that is referenced in Applicants' papers, including at pages 5 to 6 of Applicants' initial application under 28 U.S.C. § 1782 [DE 1], as well as paragraphs 21 and 22 of the supporting Vieira Declaration [DE 3]. As the report itself has not previously been filed in the case, Your Honor inquired at the conference whether the report could be filed under seal. *See* Tr. 73:8–9.

  As agreed at the hearing, Applicants respectfully submit the forensic accounting report for filing under seal.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                /s/ <u>*Gabriela M. Ruiz*</u>
                 Gabriela M. Ruiz
                 *Counsel for Applicants*

**MEMO ENDORSED**

[signature]
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: October 15, 2025**

The motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 51.

King & Ruiz LLP | One Biscayne Tower | 2 S. Biscayne Blvd., Suite 3200 | Miami, Florida 33131 |
gruiz@kingruiz.com