UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF MARIA CLAUDIA BELDI, MARIA INES BELDI, AND ANTONIO FABIO BELDI TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782 | 24-MC-421 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 4, 2026, the parties wrote to advise the Court that the likely only further action needed by the Court in this matter would be to approve a confidentiality stipulation and proposed protective order, and that negotiations concerning such agreement would conclude "soon." Dkt. 59 at 1; and

WHEREAS as of July 14, 2026, no confidentiality stipulation and proposed protective order has been filed with the Court.

IT IS HEREBY ORDERED that the parties must file a confidentiality stipulation and proposed protective order or a letter explaining why they are unable to do so not later than **July 21, 2026**.

**SO ORDERED.**

**Date: July 14, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**